UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Carlos Ruiz Florez,<br>　　Plaintiff,<br>vs.<br><br>17 W 32 St Owner LLC, Republic Enterprises LLC, Republic Midtown Hospitality LLC, and Grace 410 Inc.,<br>　　Defendants. | Case No. 24-cv-2073-MKV |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) AGAINST DEFENDANTS 17 W 32 ST OWNER LLC, REPUBLIC ENTERPRISES LLC, REPUBLIC MIDTOWN HOSPITALITY LLC, AND GRACE 410 INC

　　Pursuant to F.R.C.P 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, through his undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against all Defendants, 17 W 32 St Owner LLC, Republic Enterprises LLC, Republic Midtown Hospitality LLC, and Grace 410 Inc.

June 3, 2024

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Jennifer E. Tucek, Esq.*
　　　　　　　　　　　　　　　　　　　　　　Law Office of Jennifer Tucek, PC
　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*
　　　　　　　　　　　　　　　　　　　　　　Bar No. JT2817
　　　　　　　　　　　　　　　　　　　　　　315 Madison Avenue, #3054
　　　　　　　　　　　　　　　　　　　　　　New York, N.Y. 10017
　　　　　　　　　　　　　　　　　　　　　　(917) 669-6991
　　　　　　　　　　　　　　　　　　　　　　TucekLaw@Gmail.com